UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ERIC JOHNSON,

                Plaintiff,

- against -

AMPLE SAMPLES INC.,

                Defendant.

Civil Action No. 1:22-cv-05327-LAK-BCM

ORDER GRANTING [PROPOSED] MOTION FOR DEFAULT JUDGMENT

LEWIS A. KAPLAN, United States District Judge:

    Plaintiff, Eric Johnson ("Plaintiff") filed the Complaint in this action against Defendant, Ample Samples Inc. ("Defendant"), on June 24, 2022. On July 5, 2022, the Defendant was served a Summons, Civil Cover Sheet, and Complaint by personal service of Defendant's ~~Registered~~ Agent. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), an answer or other response to the Complaint was due on July 26, 2022. On July 29, 2022, Defendant having failed to answer or otherwise respond to the Complaint, a Clerk's Certificate of Default was entered against Defendant. On September 19 2022, Plaintiff filed a Motion for Default Judgment against Defendant.

    The Court, having considered Plaintiff's Motion for Default Judgment and Memorandum of Law in Support, the Declaration of Alexander Malbin, Esq. in Support of Plaintiff's Motion for Default Judgment, the Declaration of Eric Johnson in Support of Plaintiff's Motion for Default Judgment, the Certificate of Service of the Summons and Complaint, the Clerk's Certificate of Default as to Defendant, and all other pleadings and papers on file in this Action, it is hereby ORDERED, ~~ADJUDGED AND DECREED~~ as follows:

1

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED (Dkt #); it is

~~FURTHER ORDERED that judgment is granted in favor of Plaintiff on his causes of action for copyright infringement and violations of 17 U.S.C. § 1202 asserted against Defendant in the Complaint; it is~~ FURTHER ORDERED that Plaintiff shall have judgment against defendant for $25,000

FURTHER ORDERED that ~~Defendant shall pay $15,000.00~~ plus in statutory damages ~~for copyright infringement to Plaintiff; it is~~

~~FURTHER ORDERED that Defendant shall pay $10,000.00 in statutory damages for violations of 17 U.S.C. § 1202 to Plaintiff; it is~~

~~FURTHER ORDERED that Defendant shall pay prejudgment interest to Plaintiff on the statutory damages awards to be calculated from the date of the filing of this action to the date of entry of judgment, in accordance with the rate set forth in 28 U.S.C. § 1961; and it is~~

~~FURTHER ORDERED that Defendant shall pay~~ $4,675.00 in reasonable attorney's fees ~~to Plaintiff; it is~~ together with

~~FURTHER ORDERED that Defendant shall pay~~ $868.60 in costs ~~to Plaintiff; and it is~~

~~FURTHER ORDERED that this case is DISMISSED, and~~ the Clerk of the Court shall close the case upon entry of judgment. ~~remove it from the docket of the Court.~~

SO ORDERED.

Date: Sept. 20, 2022
New York, NY

_____
Lewis A. Kaplan
United States District Judge