UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIC JOHNSON,

                Plaintiff,

                                    22 **CIVIL** 5327 (LAK)(BCM)

      -against-                           **DEFAULT JUDGMENT**

AMPLE SAMPLES INC.,
                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated September 20, 2022, Plaintiffs' Motion for Default Judgment is GRANTED and plaintiff has judgment against defendant for $25,000 in statutory damages plus $4,675.00 in reasonable attorney's fees together with $868.60 in costs; accordingly, the case is closed.

**DATED**: New York, New York
             October 24, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                          **BY:**   *K. Mango*

                                                       **Deputy Clerk**